UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YAHYA FAROOQ MOHAMMAD, et al.,

    Defendants.

Case No. 3:15-cr-358
CHIEF JUDGE EDMUND A. SARGUS, JR.

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YAHYA FAROOQ MOHAMMAD,

    Defendant.

Case No. 3:16-cr-222
CHIEF JUDGE EDMUND A. SARGUS, JR.

## ORDER

The Court held a telephonic status conference on May 17, 2017, regarding the trial of Defendant Yahya Farooq Mohammad ("Farooq"). During the conference, the Court held as follows:

- Farooq and the Government shall have through **June 12, 2017**, to file their motions in limine. Farooq and the Government shall then have through **June 26, 2017**, to respond.

- Farooq and the Government shall have through **July 5, 2017**, to submit trial briefs, which shall not exceed 20 pages.

- Farooq and the Government shall have through **June 26, 2017**, to submit their proposed voir dire questions and their proposed jury instructions. Farooq and the Government shall then have through **July 3, 2017**, to respond to these filings.

- The Court will hold a final pretrial conference for Farooq's trial on **July 6, 2017, at 10 a.m. EST** in the James M. Ashley and Thomas W.L. Ashley U.S. Courthouse in Toledo, Ohio.

- Farooq and the Government shall each provide to the Court a list of proposed witnesses by the morning of **July 10, 2017**.

- Farooq and the Government shall each have 1.5 hours to give an opening statement.

- Farooq shall have ten preemptory jury challenges. The Government shall have six. Farooq's counsel has indicated, however, that Farooq may request additional preemptory challenges.

- The Court will adhere to a four-day-per-week trial schedule (Monday through Thursday). Trial will run each day from 9 a.m. to 5 p.m., with 15 minute breaks in the morning and afternoon and an hour-long break for lunch.

- Farooq and the Government filed pretrial motions on April 26, 2017. The Government may have through **May 28, 2017**, to respond to Farooq's motions. Farooq's response deadline as to the Government's motion ['15 ECF No. 222; '16 ECF No. 36] shall be one week after the date the Court decides Farooq's Motion to Compel Discovery Concerning Sources of Terrorism Related Funding ['15 ECF No. 133].

**IT IS SO ORDERED.**

5-17-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE