UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

    v.

YAHYA FAROOQ MOHAMMAD, et al.,

    **Defendants.**

Case No. 3:15-cr-358
CHIEF JUDGE EDMUND A. SARGUS, JR.

---

UNITED STATES OF AMERICA,

    **Plaintiff,**

    v.

YAHYA FAROOQ MOHAMMAD,

    **Defendant.**

Case No. 3:16-cr-222
CHIEF JUDGE EDMUND A. SARGUS, JR.

## ORDER

The Court held a telephonic status conference in the above-captioned cases on June 15, 2017. As discussed during the conference, the parties request and the Court orders the following:

- Yahya Farooq Mohammad's trial is rescheduled for **July, 24, 2017.**[1]

---

[1] Due to the nature of the prosecution, the Court finds these cases to be so unusual and complex "that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). Accordingly, "the ends of justice served by [continuing this trial] outweigh the best interests of the public and the defendant in a speedy trial." *See* § 3161(h)(7)(A). The delay caused by the later trial date is properly excluded from the limits of the Speedy Trial Act. *See* § 3161(h).

- o The motions *in limine* deadline is moved to **June 21, 2017**, with responses due **June 28, 2017**.

- o The response deadline for the currently pending motions *in limine* is moved to **June 22, 2017**.

- The Court will hold a final pretrial conference on **July 12, 2017 at 10:30 a.m. in Toledo**.

**IT IS SO ORDERED.**

___6-16-2017___
**DATE**

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE